# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civ. Action No. 08-CV-1221 (CKK) |

## NOTICE OF PETITIONER'S REQUEST
## FOR THIRTY (30) DAYS NOTICE OF TRANSFER

Counsel for Petitioner Shakhrukh Hamiduva, ISN # 22, respectfully submits this notice of Petitioner's request for thirty (30) days notice of any transfer from Guantanamo Bay, Cuba.

Pursuant to Judge Hogan's Order dated July 10, 2008 and entered on July 11, 2008, requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba," counsel for Petitioner hereby provide notice to the Court and to the Government that Petitioner requests thirty (30) days notice of any transfer from Guantanamo.

US2000 10985780.1

Dated: August 13, 2008

                                              Respectfully submitted,

                                              /s/ A. Stephens Clay IV
                                            A. Stephens Clay IV
                                            KILPATRICK STOCKTON LLP
                                            1100 Peachtree St., Suite 2800
                                            Atlanta, Georgia 30309-4530
                                            Telephone: (404)815-6500
                                            Facsimile: (404) 815-6555

                                            *Counsel for Petitioner*

US2000 10985780.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2008, I caused the foregoing "Notice of Petitioner's Request for Thirty (30) Days Notice of Transfer" to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

    /s/ A. Stephens Clay IV
A. Stephens Clay IV
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404)815-6500
Facsimile: (404) 815-6555

*Counsel for Petitioner*

US2000 10985780.1