IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>_____ )<br>)<br>SHAKHRUKH HAMIDUVA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK OBAMA, )<br>President of the United States, *et al.*, )<br>)<br>Respondents. )<br>_____) | Misc. No. 08-442 (TFH)<br><br><br><br><br><br><br><br>Civil Action No. 08-1221 (CKK) |

**ORDER**

Upon consideration of the parties' Joint Motion for a Stay, it is hereby

ORDERED that the parties' Joint Motion for a Stay is GRANTED. It is further

ORDERED that this case shall be stayed until June 22, 2009. It is further

ORDERED that Respondents' obligation to produce additional exculpatory evidence pursuant to section I.D. of the Amended Casement Management Order shall remain in effect during the stay. It is further

ORDERED that the Protective Order remains in effect during the stay. It is further

ORDERED that either party may move the Court to lift the stay at any time and on any grounds provided the moving party gives the non-moving party written notice ten (10) days prior to the date of filing the motion. It is further

ORDERED that the parties shall file a joint status report on June 22, 2009, advising the Court of any change in circumstances and, if circumstances have not changed, proposing changes to the Amended Case Management Order and requesting a status conference.

DATE: March 9, 2009

_____
Colleen Kollar-Kotelly
United States District Judge